M. P. No. 75-6. JOHN INFANTOLINO *v.* JAMES W. MULLEN, *Warden.* Respondent is directed to file his answer to the petition for habeas corpus and therein to *show cause,* if any, why the writ should not issue as prayed, said answer to be made in compliance with the provisions of Rule 14. *Schreiber, Abedon & Jessup, Richard Jessup, Jr.,* for petitioner. *Julius C. Michaelson,* Attorney General, for respondent.

APPEAL No. 74-12. UMBERTO NASCIMENTO *v.* PHILLIPS PETROLEUM Co. *et al.* Motions of defendants Phillips Petroleum Co., Warren Oil Company, Rhode Island Oil Company, Inc., and C. W. Tripp to affirm the order of the Superior Court under Rule 16, as amended, are denied. Joslin, J. not participating. *Lovett & Linder, Ltd., Stephen G. Linder,* for plaintiff. *Francis V. Reynolds,* for Phillips Petroleum Co. *A. David Tammelleo,* for C. W. Tripp. *Raymond A. LaFazia,* for Warren Oil Company and Rhode Island Oil Company, Inc.

APPEAL No. 74-251. RUSSELL N. ANDREWS *v.* JOSEPH H. MASSE *et al.* Motion of appellee to affirm the judgment of the Superior Court under Rule 16, as amended, is denied. Roberts, C. J. not participating. *Nugent & Nugent, J. Joseph Nugent, Jr.,* for plaintiff-appellee. *Roberts & Willey Incorporated, Bruce G. Tucker,* for defendants-appellants.